# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MAURICE ANDERSON,

    Plaintiff,                                    Case No. 10-15154
                                                      Honorable Denise Page Hood

v.

PRISONER HEALTH SERVICES,
ET AL.,BETH GARDON, M.
GREGER (RN), R. STEVENS (MD),
DR. ZIVIT COHEN, LINDA KOPKA,
ALFRED JONES, MP VEMULAPALLI
in their individual and official capacities,

    Defendants

_____/

## ORDER DEEMING PLAINTIFF'S MOTION TO AMEND DUE TO MISTAKENLY KNOWN FACTS & RECONSIDERATION MOOT

      This matter is before the Court on Plaintiff Maurice Anderson's Motion to Amend Due to Mistakenly Known Facts and Reconsideration [Docket #29, filed on June 1, 2011]. A copy of an Order sent to Plaintiff was returned to the Court on June 15, 2011, indicating that Plaintiff is deceased. Due to the passing of the Plaintiff, the Court deems this motion MOOT.


Dated:  August 19, 2011                     S/Denise Page Hood
                                            DENISE PAGE HOOD
                                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 19, 2011, by electronic and/or ordinary mail.


                                              S/Julie Owens
                                             Case Manager, (313) 234-5160